Robert Kevin Boulds
#1311781 Clements Unit
9601 Spur 591
Amarillo, Tx. 79107

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 7 2015

CHRISTOPHER A. PRINE
CLERK CM

March 22, 2015

01-05-00596-CR

Dear Clerk:

Please bring to the First Court of Appeals attention that I've sent in a Motion In Arrest of Judgement to the 176th District Court of Harris County, Tx. Dated March 15, 2015 Presiding Judge: Stacy W. Bond

I would like to know if this court could check and see what date it was filed with the court. I do have a complete copy of the Motion In Arrest of Judgement showing that I did send it in. Cause I'm having problems with the court 176th. Can't get know resbond

Thank You for Your Time and Assistance !!!

PS I will be filing my Notice of Appeal soon......

Yours Truly,
Robert Kevin Boulds

LL:

MR. Robert Kevin Boulds
# 1311781 B.C.
9601 Spur 591
Amarillo, Tx. 79107

AMARILLO TX 791

FOREVER
USA

OK

LEGAL

Court of Appeals, First District
~~1307 San Jacinto Street,~~ 10th Floor
301 Fannin St.
Houston, Tx. 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 7 2015

CHRISTOPHER A. PRINE
CLERK

770023066